AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRUCE P. KRIEGMAN,

      Plaintiff,

           v.

ANTHONY ALFARONE, et al,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-361-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED on February 26, 2013, the Bankruptcy Court for the Eastern District of Washington entered an Order of Dismissal (Dkt. No. 134) under which defendants Ron Ballard, Linda Ballard, Jason Eidigner, Pamela Jonson, Brandon Miller, Kristin Miller, Rodney Welch, and Jose Torres were dismissed from the underlying Adversary Action with prejudice. Therefore, the Plaintiff's claims against said defendants are dismissed with prejudice in the District Court matter.

| | |
|---|---|
| March 20, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |