AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE KRIEGMAN,

        Plaintiff,

        v.

ANTHONY ALFARONE, et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-361-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED in accordance with Article IV.A.3. of the Chapter 11 Trustee's and Official Committee of Unsecured Creditor's Second Modified Plan in the underlying consolidated bankruptcy case, FRBP 7041 and FRCP 41(1)(1)(A), Plaintiff Bruce P. Kriegman, solely as Liquidating Trustee under the Plan, files this Notice of Dismissal of the Plaintiff's claims against only the following defendants: Thomas Alford, Bernice Alford, Patrick Bowers, Cesar Bravo, Luz Bravo, Jose Bravo, Alexandra Bravo, Gary Coutard, Arthur Fitzpatrick, Stephanie Fitzpatrick, C. Daniel Fulcher, Rebecca Fulcher, Moss Goldstein, Bernice Goldstein, Greenwood Development Defined Pension Plan, Noel E. Holinka, Martha Holika, Craig Lyons, Richard Miller, Bonnie Miller, James Mollenkopf, Nancy Mollenkopf, Jackie Noel, Kathleen Noel, Karen Poole-Herman, Seth Ronan, Ryan Roumanada, David P. Smith, Joseph Stallo, John Stout and Louis Vannerson.  Defendants are dismissed with prejudice.

January 24, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer