# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRUCE P. KRIEGMAN,

*Plaintiff*

v.

ANTHONY ALFARONE, et al,

*Defendant*

Civil Action No.   CV-11-361-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   On August 28, 2013, the Bankruptcy Court entered an Order Granting Stipulation of Dismissal of Defendants filed in Bankruptcy Court, BK ECF No. 256. The Bankruptcy Court reviews the Report and Recommendation and finds good cause to dismiss Defendants Joseph Zientara and the Joseph J. Zientara and Cecile Zientara Trust as parties to this cause. Dismissing Defendants in the District Court cause. Judgment shall be entered, but not in favor of any particular party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   August 29, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*

Cheryl Switzer