UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>ANTHONY ALFARONE., et al.,<br><br>                      Defendants. | NO: CV-11-361-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT JENNIFER (NICHOLSON) MENDOZA |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendant Jennifer (Nicholson) Mendoza, BKC ECF No. 205, and DC ECF No. 106. Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANT JENNIFER (NICHOLSON) MENDOZA ~ 1

1  entry of an Order of Dismissal in the Bankruptcy Court on May 31, 2013, and no
2  objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy
3  Court's Report and Recommendation, **ECF No. 106**. Defendant Jennifer
4  (Nicholson) Mendoza is hereby **dismissed with prejudice** with each party to bear
5  their own attorneys' fees and costs.

6      **IT IS SO ORDERED**.

7      The District Court Clerk is hereby directed to enter this Order, **terminate**
8  **Jennifer (Nicholson) Mendoza** as a defendant in this matter, and to provide
9  copies to counsel, Defendant, and Judge Patricia C. Williams.

10     **DATED** this 16th day of September 2013.

                      *s/ Rosanna Malouf Peterson*
                      ROSANNA MALOUF PETERSON
                      Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANT JENNIFER (NICHOLSON)
MENDOZA ~ 2