UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                           Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                           Plaintiff,<br><br>v.<br><br>ANTHONY ALFARONE., et al.,<br><br>                           Defendants. | NO: CV-11-361-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS FRANK AND LAUREN D'ALESSANDRO |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendants Frank and Lauren D'Alessandro, BKC ECF No. 314, and DC ECF No. 114. Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS FRANK AND LAUREN D'ALESSANDRO ~ 1

pursuant to the entry of an Order of Dismissal in the Bankruptcy Court on October 16, 2013, and no objection being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF No. 114**. Defendants Frank and Lauren D'Alessandro are hereby **dismissed with prejudice** with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order, **terminate Frank and Lauren D'Alessandro** as defendants in this matter, and to provide copies to counsel and to Judge Patricia C. Williams.

**DATED** this 21st day of October 2013.

　　　　　　　　　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　　　　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　　　　　　　　　　　Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS FRANK AND LAUREN D'ALESSANDRO ~ 2