UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                   Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>ANTHONY ALFARONE, et al.,<br><br>                   Defendants. | NO: CV-11-361-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND RECOMMENDATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ANTHONY ALFARONE AND LANGSTON ALFARONE |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation for entry of Default Judgment against Defendants Anthony Alfarone and Langston Alfarone, BK ECF No. 323 and DC ECF No. 130. Having reviewed the Report and Recommendation and all relevant filings, and having found

ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND RECOMMENDATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ANTHONY ALRARONE AND LANGSTON ALFARONE ~ 1

1  that good cause exists pursuant to the entry of an Order of Default in the Bankruptcy
2  Court on July September 19, 2013 at BK ECF No. 283, this Court hereby **ADOPTS**
3  the Bankruptcy Court's Report and Recommendation, **ECF No. 130**, and shall enter
4  judgment accordingly.

5  **IT IS SO ORDERED**.

6  The District Court Clerk is hereby directed to enter this Order and to provide
7  copies to counsel, Defendants, and to Judge Frederick P. Corbit.

8  **DATED** this 3rd day of December 2013.

                     *s/ Rosanna Malouf Peterson*
                     ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge

ORDER ADOPTING THE BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION FOR DEFAULT JUDGMENT AGAINST
DEFENDANTS ANTHONY ALRARONE AND LANGSTON ALFARONE ~ 2