UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DUANE MCCRILLIS, et al.,<br><br>　　　　　　　　Defendants. | NO: CV-11-361-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80301-PCW11<br><br>JUDGMENT AGAINST DUANE MCCRILLIS AND CANDY MCCRILLIS |

JUDGMENT SUMMARY

1. Judgment Creditor:           Bruce P. Kriegman, Liquating Trustee
　　　　　　　　　　　　　　　　　 LLS America, LLC, as consolidate

2. Attorneys for Judgment
　 Creditor:                            Witherspoon Kelley

JUDGMENT AGAINST DUANE MCCRILLIS AND CANDY MCCRILLIS ~ 1

|   |   |   |
|---|---|---|
| 3. | Judgment Debtors: | Duane McCrillis and Candy McCrillis, jointly and severally |
| 4. | Attorneys for Judgment Debtors: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal) | $25, 583.17 CAD |
| 6. | Prejudgment Interest at .47% (07/21/09-01/29/14): | $    544.21 CAD |
| 7. | Total Judgment: | $26,127.38 CAD |
| 8. | Interest Rate on Judgment: | .13% (28 U.S.C. § 1961) |

## JUDGMENT

This matter having come before this Court on the Stipulation for Entry of Judgment executed by counsel for the respective parties and by Defendants Duane and Candy McCrillis, ECF No. 153, and the Court being fully advised, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's Stipulated Motion for Entry of Judgment, **ECF No. 153**, is **GRANTED**.

2. Plaintiff, Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is hereby awarded judgment against Defendants Duane McCrillis and Candy McCrillis, jointly and severally, in the principal amount of $25,583.17 CAD, plus prejudgment interest in the amount of

$544.21 accrued from July 21, 2009, through January 29, 2014, at the rate of .47% per annum, for a total judgment of $26,127.38 CAD with interest accruing thereon at the United States Federal judgment rate pursuant to 28 U.S.C. § 1961(a), which is currently .13% per annum, to be compounded annually.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 19th day of February 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

JUDGMENT AGAINST DUANE MCCRILLIS AND CANDY MCCRILLIS ~ 3