UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ANTHONY ALFARONE, et al.,<br><br>                Defendants. | NO:  CV-11-361-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80302-PCW11<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS STEWART MCCULLUM AND JEMIMA MCCULLUM AS DEFENDANTS IN THIS CASE** |

**BEFORE THE COURT** is the parties' Stipulated Motion to Dismiss, ECF No. 175.  Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED**:

ORDER GRANTING STIPULATED MOTION TO DISMISS STEWART MCCULLUM AND JEMIMA MCCULLUM AS DEFENDANTS IN THIS CASE ~ 1

1. The parties' Stipulated Motion to Dismiss Stewart and Jemima McCullum as defendants in this matter, **ECF No. 175**, is **GRANTED**.

2. Stewart McMullum and Jemima McCullum are hereby dismissed as defendants in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this order, to **terminate Stewart McCullum** and **Jemima McCullum** as defendants in this matter, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 7th day of March 2014.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge